**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

In re:
    LEWIS, Randle Howard
    SS# xxx-xx-1908
    LEWIS, Debra Lynne
    SS# xxx-xx-7859
        Debtors

**Chapter 13**
**Case No. 09-17658-JNF**

**TRUSTEE'S OBJECTION TO CONFIRMATION OF DEBTORS' CHAPTER 13 PLAN**

Now comes Carolyn Bankowski, Standing Chapter 13 Trustee ("Trustee"), and respectfully objects to confirmation of the Debtors' Chapter 13 Plan, (the "Plan"), and for reasons says as follows:

1. On November 17, 2009, the Trustee convened the §341 meeting of creditors at which the Debtors were present with counsel.

2. According to the Debtors' Chapter 13 Statement of Current Monthly and Disposable Income (Form 22C), the Debtors have monthly disposable income of $204.27 which would provide the general unsecured creditors with a total payment of $12,256.20. The Debtors' Plan proposes paying the unsecured creditors a 4.43% dividend for a total $4,004.04

3. The Debtors' proposed plan cannot be confirmed, as the Plan does not meet the best efforts test of 11 U.S.C. §1325 (b)(1)(B).

WHEREFORE, the Trustee requests that the Court sustain the objection to confirmation and grant such other relief as is proper.

Dated: November 20, 2009

Respectfully submitted,

By: /s/ Carolyn Bankowski
Carolyn Bankowski, BBO#631056
Patricia A. Remer, BBO#639594
Standing Chapter 13 Trustee
Office of the Chapter 13 Trustee
PO Box 8250
Boston, MA  02114
(617) 723-1313

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **In re:** <br>    **LEWIS, Randle Howard** <br>    **SS# xxx-xx-1908** <br>    **LEWIS, Debra Lynne** <br>    **SS# xxx-xx-7859** <br>       **Debtors** | **Chapter 13** <br> **Case No. 09-17658-JNF** |

### Certificate of Service

The undersigned hereby certifies that on November 20, 2009, a copy of the Trustee's Objection to Debtors' Chapter 13 Plan was served via first class mail, postage prepaid or by electronic notice on the debtors and debtors counsel at the addresses set forth below.

   Randle & Debra Lewis
   352 Massachusetts Avenue
   Lexington, MA  02420

   Patrick Groulx
   Polis Legal
   P.O. Box 45504
   Somerville, MA  02145

                                              /s/ Carolyn Bankowski