Certificate Number: 02910-MA-DE-009693272

Bankruptcy Case Number: 09-17658

# CERTIFICATE OF DEBTOR EDUCATION

I certify that on January 22, 2010, at 10:48 o'clock PM EST,

Randle Lewis completed a course on personal financial

management given by internet by

InCharge Education Foundation, Inc.,

a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning

personal financial management in the District of Massachusetts.

Date: January 25, 2010

By /s/Overton Kuhn

Name Overton Kuhn

Title Customer Support Representative